

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00443-CR

| | | |
|---|---|---|
| LONNIE LYNBERG JOHNSON JR., Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1513767D) |
| V. | § | August 1, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM